

# NUMBER 13-15-00009-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

ALVIN DWAYNE STREET,                                          Appellant,

v.

VIRGINIA VANEGAS UNDERBRINK,                                  Appellee.

---

**On Appeal from the 347th District Court
of Nueces County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria
Memorandum Opinion Per Curiam**

Appellant, Alvin Dwayne Street, appeals from a protective order entered in favor of Virginia Vanegas Underbrink. On March 9, 2015, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on February 9, 2015, and that the deputy district clerk, Tiffany Garza, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of

this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

On March 9, 2015, the Clerk of the Court notified appellant that he was delinquent in remitting a $195.00 filing fee. The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* 42.3(b),(c).

Appellant has failed to respond to this Court's notices and has failed to pay the filing fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
9th day of April, 2015.